SIGMUND OPPENHEIMER, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued December 18, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

February 4, 1891, which affirmed a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*Brainard Tolles* for appellant.

*L. C. Dessar* for respondent.

Agree to affirm on the ground that the question is not sufficiently raised by exception; no opinion.

All concur.

Judgment affirmed.